UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLAUDIA DEFURIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.   13-cv-10027-DPW |
| v. ) | |
| ) | |
| BANK OF AMERICA HOME LOANS, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Bank of America N.A. ("BANA"), successor by merger to BAC Home Loans Servicing, L.P.,[1] through its undersigned counsel, respectfully requests that the Court dismiss in its entirety the Complaint filed in this action by Claudia DeFuria for failure to state any cognizable legal claim for relief.

Support for the above request is provided in BANA's accompanying memorandum of law.

BANK OF AMERICA N.A.
By its attorneys,

*/s/ Stephen C. Reilly*
Stephen C. Reilly, BBO #555371
SALLY & FITCH LLP
One Beacon Street
Boston, MA 02108
617-542-5542
scr@sally-fitch.com

Dated: January 14, 2013

---

[1] Plaintiff names "Bank of America Home Loans" as Defendant. No such entity exists. The closest existing entity to "Bank of America Home Loans" is BAC Home Loans Servicing, L.P., which merged with and into Bank of America, N.A. in July 2011. Accordingly, Bank of America, N.A. responds as Defendant to this Complaint. Defendant reserves the right to raise any defenses related to this improper party designation.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendant respectfully requests that the Court hold oral argument on the motion to dismiss. Defendant believes that oral argument will materially assist the Court in ruling on the motion.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

The undersigned certifies that New York-based counsel for BANA has contacted counsel for the Plaintiff via both telephone and e-mail in an attempt to confer and in good faith resolve or narrow the issues raised herein.

By: /s/ Stephen C. Reilly

## CERTIFICATE OF SERVICE

I, Stephen C. Reilly, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 14, 2013.

/s/ Stephen C. Reilly
Stephen C. Reilly