**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

CLAUDIA DEFURIA,
         Plaintiff,

       V.

BANK OF AMERICA HOME LOANS,
         Defendant

CIVIL ACTION

NO. 1:13CV10027-MLW

**ORDER OF DISMISSAL**

WOLF, D.J.,

In accordance with the Court's allowance of the defendant's motion to dismiss on May 9, 2013, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

May 9, 2013
Date

/s/Gail A. Marchione
Deputy Clerk